UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIKAH STEVENSON, et al.,

    Plaintiff,

v.

JASON ROBERTS, M.D., et al.,

    Defendants.

_____/

Case No. 1:19-cv-362

HON. JANET T. NEFF

## OPINION AND ORDER

Plaintiff Malikah Stevenson filed this *pro se* lawsuit against Jason Roberts, M.D, and "[a]ll listed hospitals and individual humans associated with [the] hospitals identified in the complaint" alleging claims related to medical care. The Magistrate Judge conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and on May 15, 2019, issued a Report and Recommendation, recommending that the action be dismissed with prejudice because it failed to allege any valid claim for medical malpractice or constitutional injury (ECF No. 6 at PageID.40-41).

The matter is presently before the Court on Plaintiff's cursory objection to the Report and Recommendation (ECF No. 7), restating his allegations of injury and asserting that he submitted "enough evidence to most righteously pravail [sic]" and "overcome any motion to dismiss" (*id*. at PageID.43). Plaintiff's conclusory assertions fail to state any valid objection or comprehensible claim under the facts and authority cited. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report

and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. See FED. R. CIV. P. 58.

For the above reasons and because this action was filed *in forma pauperis,* this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3), as recommended by the Magistrate Judge, that an appeal of this Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Accordingly:

**IT IS HEREBY ORDERED** that the Objection (ECF No. 7) is DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Report and Recommendation and herein.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.


Dated: June 26, 2019 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge